**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Lee Alfred SMITH, Defendant-Appellant.**

**No. 71-2348.**

United States Court of Appeals, Ninth Circuit.

Dec. 20, 1971.

Barry J. Portman (argued), Deputy Federal Public Defender, John K. Van De Kamp, Federal Public Defender, Los Angeles, Cal., for defendant-appellant.

Chester L. Brown, Asst. U. S. Atty. (argued), Robert L. Meyer, U. S. Atty., Eric A. Nobles, Asst. U. S. Atty. & Chief, Criminal Division, Tom G. Kontos, Asst. U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.

Before DUNIWAY and ELY, Circuit Judges, CROCKER, District Judge*.

PER CURIAM:

The judgment of conviction must be reversed. United States v. Andersen, 9 Cir., 1971, 447 F.2d 1063; United States v. Zaragoza, 9 Cir., 1971, 449 F.2d 1278.

Reversed. The mandate will issue forthwith, and the indictment shall be dismissed. A petition for rehearing will not be entertained.

* Honorable M. D. Crocker, United States District Judge, Eastern District of California, sitting by designation.